Giuseppe Gaudenzi, Respondent, v. Theodore A. Liebler and George C. Tyler, Copartners, Composing the Firm of Liebler & Co., Appellants.— Judgment and order affirmed, with costs. No opinion.

Lydia S. Smith, Respondent, v. Charles F. W. Horn, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Westinghouse, Church, Kerr & Company, Respondent, v. Nikola Tesla, Appellant.— Judgment and order affirmed, with costs. No opinion.

Harold P. Butler, Respondent, v. Josephine E. Butler, Appellant.— Judgment affirmed. No opinion.

Philip R. Reese, Respondent, v. Emanuel Hecht and Others, Appellants. — Judgment and order affirmed, with costs. No opinion.

William L. Stow, Respondent, v. John P. Manning and Others, as Executors, etc., of John H. Taylor, Deceased, Appellants.—Judgment affirmed, with costs. No opinion.

Mary Corcoran, Respondent, v. Thomas Miller and Alice L. Miller, Appellants.— Judgment affirmed, with costs. No opinion. (Ingraham, P. J., dissented.)

Warwick Carpenter, Appellant, v. Outdoor News Company, Respondent.— Judgment affirmed, with costs. No opinion.

Max Barth, Appellant, v. Lizzie Crause and Others, Impleaded with Margaret Kelland, Respondent.— Judgment affirmed, with costs. No opinion.

Robert L. McElroy, Respondent, v. Albert Goldstein, Appellant.— Judgment modified as stated in order, and as modified affirmed, with costs to plaintiff. No opinion. (Laughlin, J., dissented on the ground that in his opinion there was a failure of consideration.)

In the Matter of the Transfer Tax upon the Estate of Norman I. Rees, Deceased. George H. Raymond and Charles E. Rudd, Executors, etc., Appellants; Comptroller of the State of New York, Respondent.— Order affirmed, with costs. No opinion.

Simon Ahlers, Respondent, v. Alfred Broedermann, Appellant.— Judgment and order affirmed, with costs. No opinion.

Samuel Bauman, Appellant, v. William J. Dailey and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Philip H. Blight, Respondent, v. John Peirce Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Ralph Waldt, Appellant, v. Goodwin Manufacturing Company, Respondent.—Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion.

Sarah E. Hughes, Respondent, v. William J. Hughes, Appellant. —Judgment affirmed, with costs. No opinion.

Edmund K. Stallo, Appellant, v. Arthur H. Jones, Respondent.— Judgment affirmed, with costs. No opinion.

Marc Klaw and Abraham L. Erlanger, Appellants, v. Paul Armstrong, Respondent.— Judgment and order affirmed, with costs. No opinion. (Laughlin, J., dissented.)

In the Matter of Summary Proceedings: United States Oxygen Company, Respondent, v. Bernard A. Buge, Inc., Appellant.— Order affirmed, with costs and disbursements. No opinion.